UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-12716-BKC-RAM
CHAPTER 13

IN RE:
PELAYO DURAN,
        Debtor.
_____/

## DEBTOR'S MOTION FOR HARDSHIP DISCHARGE

The Debtor, PELAYO DURAN, by and through his undersigned attorney, moves this Honorable Court for an Order granting Debtor's Motion for Hardship Discharge pursuant to 11 U.S.C. Section 1328 (b) 1 and 2, and states:

1. The Debtor's Twenty-Second Amended Chapter 13 Plan, [ECF 294 ] was confirmed on July 22, 2019.

2. On July 4, 2020, the state court ended the Debtor's reunification with his children and this has been very difficult for the Debtor to handle. It has resulted in seeking a partial short and long term disability. The Debtor has been diagnosed with PTSD, panic attacks, adjustment disorder, anxiety and most recently depression, for which he is taking medication. The Debtor is currently working about 15 to 20 hours per week and his ability to concentrate and work has been substantially diminished.

3. The Debtor's PPP was denied and the Debtor's business is doing quite poorly. The Debtor is unable to make money to make his 36th plan payment. As it stands, even if the Debtor gets a Discharge, he will continue to have to pay $8,027.42 (plus child support) per month, for 24 more months, and then his obligations will be reduced to $4,929.66, plus child support. If the Debtor receives his disability, this will cover his expenses for the foreseeable future.

4. Pursuant to Section 1328 (b) the Debtor requests that this Court enter a hardship Discharge as:

(a) the debtor's failure to complete such payments is due to circumstances for which the debtor should not justly be held accountable.

(b) the value, as of the effective date of the plan, of property actually distributed under the plan on account of each allowed unsecured claim is not less than the amount that would have been paid on such claim if the estate of the debtors had been liquidated under Chapter 7 of this title on such date; and

(c) modification of the plan under section 1329 of this title is not practicable.

WHEREFORE, the Debtor requests this Honorable Court an Order granting Debtor's Motion for Hardship Discharge pursuant to 11 U.S.C. Section 1328 (b) 1 and 2 and any other relief this Court deems proper under the circumstances.

**CERTIFICATE OF SERVICE**

.
I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich, Trustee @ e2c8f01@ch13herkert.com, and those set forth in the NEF, this 10th day of July 2020 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to all creditors.

        LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
          & RODOLFO H. DE LA GUARDIA, JR.
        Attorneys for the Debtor
        Suite 620 • Union Planters Bank Building
        10 Northwest LeJeune Road
        Miami, FL 33126-5431
        Telephone (305) 443-4217

        By  /s/ Michael A Frank
           Michael A. Frank
           Florida Bar No. 339075